PEOPLE ex rel. LYONS *v.* STRAUSS et al., Commissioners, etc.

CERTIORARI to review the judgment of the board of park commissioners of the park department of the city of New York, dismissing the relator from the police force in said department.

*Per Curiam.* The identification of the relator as the person who had ridden at an unusual and rapid rate of speed through Seventy-second street, and knocked down and injured a citizen, was by evidence of a circumstantial character, but it was sufficient. There was abundant evidence that the reckless rider wore the uniform of a mounted park police officer, and according to the testimony of Officers Purcell and Hoey, and the stableman, Jacob Smith, which was believed by the board of commissioners, the relator must have been the man.

The judgment should be affirmed and the writ dismissed, with fifty dollars costs and disbursements to the respondents.

Judgment affirmed and writ of certiorari dismissed.

---

HAVEN *v.* METHER.

APPEAL by plaintiff from order opening default on condition of payment of costs by plaintiff.

*Arthur H. Smith,* for plaintiffs (appellants).

*Leonard Bronner,* for defendants (respondents).

*Per Curiam.* The appellants claim that the defendants had no right to move to dismiss the complaint on the non-appearance of the plaintiff, because there was no proof of a service of notice of trial by defendants upon plaintiffs.

Actual proof was not necessary, nor indeed was service. Without objection, both parties being present, the case was set down for trial and the day was chosen, so that the plaintiff might examine the defendant before trial. The defendant gave consent to the examination. This called the defendants into the trial, so that the plaintiffs could not object afterwards

78

that they had had no notice of trial from the defendants. The facts of the case were so peculiar that the discretion of the court below, as to costs, cannot be reviewed.

Order affirmed, without costs.

---

Von Ax Halstead, *v.* Halstead and Others.

APPEAL from order denying defendants' motion for inspection of certain letters, written to plaintiff, and in her possession.

*John M. Bowers*, for defendants (appellants).

*Lewinson & Falk*, for plaintiff (respondent).

*Per Curiam.* There were certain characteristics of the application below which justify the decision that was made. It was uncertain that the letters contained anything that would benefit the defendants, if offered as evidence. Indeed, the contents are undisclosed. The application does not avow specifically that the contents, if learned, will be offered in testimony upon the trial.

Order affirmed, with ten dollars costs.

---

Simerman *v.* Sickles, as Sheriff.

APPEAL by defendant from judgment entered upon verdict of jury, and from an order denying defendant's motion for a new trial.

*Emanuel J. Myers*, for defendant (appellant).

*Jacob Manheim*, for plaintiff (respondent).

*Per Curiam.* The exceptions argued upon the appeal relate to the charge and refusals to charge. They are all fully met by considering them in connection with the whole of the charge. Then there appears to have been no error.

Judgment and order affirmed, with costs.